The People of the State of New York ex rel. James F. McLaughlin, Respondent, v. Joseph A. Ammenwerth and Others, etc., Respondents, Impleaded with William A. De Groot, Appellant.— Motion granted and case set down for Wednesday, December 8, 1909.  Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

John R. Jones, Appellant, v. Mary M. Dennehy and Another, Respondents.— Motion to dismiss appeal granted, with costs.  Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Patrick Kiernan, Respondent, v. Gutta Percha and Rubber Manufacturing Company, Appellant.— Motion to resettle order denied, without costs.  Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Louise H. Lake, Respondent, v. Snor Albert Swenson, Appellant.— Motion denied, with costs, and stay vacated.  Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

The Long Island Railroad Company and the Nassau Electric Railroad Company, Appellants, v. The City of New York and Others, Respondents.— Motion for stay pending appeal granted, without costs.  Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

James Matthews and Gardiner D. Matthews, etc., Appellants, v. Title Guaranty and Surety Company, Respondent.— Motion for reargument denied, without costs.  The decision of the appeal was based upon the fact that the statement of the agent's duties, furnished to the defendant, did not disclose the risk incurred by permitting the agent to keep goods in his own storehouse until he could sell them, by which risk all the loss sued for was occasioned.  Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Norton & Gorman Contracting Company, Respondent, v. Uvalde Asphalt Paving Company, Appellant.— Motion denied, without costs.  Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

David Paine, as Trustee, etc., Appellant, v. Adolph Lanrowitz and Another, Respondents.— No merit is shown in the appeal, and the motion to dismiss is granted, with costs.  Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

The People of the State of New York ex rel. Josiah J. White v. Hon. Frederick E. Crane, a Justice of the Supreme Court.— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.